UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DOREEN PRICE, *individually and on*
*Behalf of all others similarly situated,*

    Plaintiff,

    V.                            Case No: 2:23-cv-00063-JLB-NPM

GO FLORIDA INVESTMENTS INC.,
d/b/a Roelens Vacation Rentals and
Management, Roelens Vacations, and
Roelens Realty and Project Management and
KOEN ROELENS,

    Defendants.

_____.

## SETTLEMENT AGREEMENT

THIS AGREEMENT, made by and between Doreen Price, (Plaintiff), Opt-In Plaintiffs Donna Arcella and Petra Erbes (Opt-In Plaintiffs) (collectively with Plaintiff, Plaintiff or Plaintiffs) and Go Florida Investments Inc., and Koen Roelens (collectively, Defendants) in the above-captioned case. Each of the foregoing parties are referred to as a "Party" and collectively as the "Parties."

## Recitals

**WHEREAS** the Parties desire to compromise with regard to disputed claims filed by Plaintiff pursuant to the FLSA in the above-captioned matter and to seek dismissal of the pending action with prejudice;

1

**WHEREAS** the Parties agree that settlement is in the best interest of all Parties; and

**WHEREAS**, the Parties have agreed to resolve the pending claims subject to the terms of this Agreement.

**NOW THEREFORE**, in consideration of the mutual promises and covenants herein contained, and of the good and valuable promises herein contained, the receipt and sufficiency of which both Parties hereby acknowledge, the Parties do hereby agree as follows:

## Terms

**Recitals**. The foregoing recitals are true and correct and are incorporated herein in full.

**Headings**.  The titles and headings used in this Agreement are for administrative purposes only and do not constitute substantive matter to be considered in construing the terms and shall not affect the interpretation of this Agreement. All references herein to articles, sections, subsections, and clauses shall be deemed references to such parts of this Agreement, unless the context shall otherwise require.

**Settlement Payment**. In consideration of the mutual promises stated in this Agreement, Defendants agree to pay to Plaintiff the total sum of Twenty-Eight Thousand, Five Hundred and Two and XX/100 Dollars ($28,502.00) to Plaintiff as follows :

1. Defendants shall pay Plaintiff Doreen Price the sum of Five Thousand, Five Hundred, and Four and 72/100 Dollars ($5,504.72), with $2,752.36 being paid as W-2 wages and $2,752.36 being paid as 1099 miscellaneous income, within 14 days of court approval of the settlement agreement or by a court order dismissing this action, by electronic payments or written checks made out to Doreen Price and delivered to the offices of Feldman Legal Group.

2. Defendants shall pay Opt-In Plaintiff Donna Arcella the sum of Eight Thousand, One Hundred, and Twelve and 69/100 Dollars ($8,112.69), with $4,056.35 being paid as W-2 wages and $4,056.35 being paid as 1099 miscellaneous income, within 14 days of court approval of the settlement agreement or by a court order dismissing this action, by electronic payments or written checks made out to Donna Arcella and delivered to the offices of Feldman Legal Group.

3. Defendants shall pay Opt-In Plaintiff Petra Erbes the sum of Three Hundred and Eighty-Two and 59/100 Dollars ($382.59), with $191.29 being paid as W-2 wages and $191.29 being paid as 1099 miscellaneous income, within 14 days of court approval of the settlement agreement or by a court order dismissing this action, by

    electronic payments or written checks made out to Petra Erbes and delivered to the offices of Feldman Legal Group.

4. Defendants shall pay to Feldman Legal Group, the sum of Fourteen Thousand, Five Hundred and Two and XX/100 Dollars ($14,502.00) for attorney fees and court costs incurred by Plaintiff within 14 days of court approval of the settlement agreement or by a court order dismissing this action, by electronic payment or written check made out to Feldman Legal Group, and delivered to 6916 W Linebaugh Ave Ste 101, Tampa, FL 33625-5815.

**Mediator Fees**. Defendants shall be solely responsible for the payment of the mediator charges.

**Chance to Cure**. Plaintiff shall provide Defendants with a chance to cure non-payment of any the above-mentioned payments by allowing three (3) business days after any payment's scheduled due date to complete the payment pursuant to this Agreement.

**Consideration Acknowledged**. The Parties acknowledge that the covenants contained in this Agreement provide good and sufficient consideration for every promise, duty, payment, release, obligation, and right contained herein.

4

**Complete Consideration**. The Parties hereto agree that the above recited provisions constitute the full, complete and entire consideration for this Settlement Agreement, and there is no agreement, oral or written, express or implied, whereby any party hereto is to receive at any time or in any event or upon the happening of any contingency or upon the development or discovery of any fact, circumstances or condition, any further consideration of any kind whatsoever from any other party hereto for or on account of any other matter, circumstance, or thing whatsoever related to this matter.

**Full Settlement**. The Parties do hereby fully and finally settle all claims for unpaid wages, attorney's fees, and interest under the FLSA that were, or could have been, asserted pursuant to the Action. This settlement shall have no effect upon the Plaintiffs' other pending or possible Employment Discrimination and retaliation claims, as currently or could be alleged and submitted to the Equal Employment Opportunity Commission and/or the Florida Human Rights Commission.

**Binding Effect**. Once fully signed, this Agreement shall inure to the benefit of and be binding upon the Parties and their respective officers, directors, agents, employees, heirs, spouses, administrators, trustees, executors, receivers, successors, assigns and legal representatives of the Parties hereto, whether a signatory hereto or not.

5

**Modification**. This Agreement may only be modified, altered, or amended, in whole or in part, by a written instrument setting forth such changes and signed by all Parties hereto.

**Entire Agreement**. It is expressly understood and agreed that this Agreement constitutes the entire understanding and agreement between the Parties with regards to Action, and, supersedes and replaces all prior negotiations, agreements or understandings between the Parties whether written or oral, which the Parties agree is now terminated and of no further force or effect as a result of this Agreement. Each of the Parties acknowledge and represent that no other Party or agent or attorney of any other Party has made a promise, representation, or warranty whatsoever, express, or implied, not contained herein concerning this Agreement.

**Counterparts and Facsimile Signatures**. This Agreement may be signed in multiple counterpart copies, each of which shall constitute an original, with the same force and effect as if each of the Parties hereto had signed a single instrument. It is the intention of the Parties for facsimile or electronic signatures to be in full effect and sufficient for enforcement of this Agreement.

**Applicable Law**.  The Agreement and the rights and duties of the Parties hereunder will be governed by and construed and enforced in accordance with the laws of the State of Florida.

**Severability**.   If any provision of this Agreement shall be invalid, illegal or otherwise unenforceable, such provision shall be severable from other provisions of this Agreement, and the validity, legality and enforceability of the remaining provisions of this Agreement shall not be adversely affected or impaired and shall thereby remain in full force and effect.

**Breach of the Agreement and Enforcement**. Should the need arise for any aspect of the Agreement to be legally enforced, the prevailing party shall be entitled to recover their reasonable attorney's fees and costs from the non-prevailing party, including attorney's fees as permitted under the FLSA.

**No Admission of Liability**.    This Agreement shall not be deemed an admission of any liability whatsoever by any Party, or a violation by any Party of any agreement, or applicable law, rule, regulation, or order of any kind, or as a waiver of any claim(s) or defense(s) that may be otherwise applicable to any third party.

**Authority**.    The persons signing below each represent and warrant that they have the full legal right, power and authority to execute and deliver this Agreement, and he/she further represents and warrants that the execution,

7

delivery and performance of this Agreement has been duly authorized by all necessary corporate actions by the Party on whose behalf he/she executes and delivers the Agreement. Each Party enters into this agreement knowingly and voluntarily, being satisfied with the terms and conditions of this settlement.

**Consultation with Counsel**. All Parties to this Settlement Agreement, or their duly authorized representatives, have had the opportunity to read and discuss this document with their own legal counsel and acknowledge that they understand the purport, tenor, and effect of this Settlement Agreement.

IN WITNESS THEREOF, the undersigned Parties have executed this Settlement Agreement effective as of the date first set forth above.

**DEFENDANTS:**

**GO FLORIDA INVESTMENTS, INC., d/b/a Roelens Vacation Rentals and Management AND Roelens Vacations**

By: _/s/ Koen Roelens_  Date: _06/15/23_

Title: _[signature]_

8

**KOEN ROELENS**
_____  Date: 06/18/23

**PLAINTIFF:**

**Doreen Price**

_____  Date: _____

**Opt-In PLAINTIFF:**

**Donna Arcella**

_____  Date: _____

**Opt-In PLAINTIFF:**

**Petra Erbes**

_____  Date: _____

9

**KOEN ROELENS**

_____   Date: _____


**PLAINTIFF:**

**Doreen Price**

_____   Date: Jun 21, 2023
Dorene Price (Jun 21, 2023 15:28 EDT)


**Opt-In PLAINTIFF:**

**Donna Arcella**

_____   Date: _____


**Opt-In PLAINTIFF:**

**Petra Erbes**

_____   Date: _____

9

**KOEN ROELENS**

_____   Date: _____

**PLAINTIFF:**

**Doreen Price**

_____   Date: _____

**Opt-In PLAINTIFF:**

**Donna Arcella**

_____   Date: Jun 21, 2023
Donna Arcella (Jun 21, 2023 11:23 EDT)

**Opt-In PLAINTIFF:**

**Petra Erbes**

_____   Date: _____

9

**KOEN ROELENS**

_____  Date: _____

**PLAINTIFF:**

**Doreen Price**

_____  Date: _____

**Opt-In PLAINTIFF:**

**Donna Arcella**

_____  Date: _____

**Opt-In PLAINTIFF:**

**Petra Erbes**

_Petra Erbes_
Petra Erbes (Jun 21, 2023 11:01 EDT)  Date: Jun 21, 2023

9